UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**STEPHEN BRIDGEWATER**            **CASE NO.  6:23-CV-00804**

**VERSUS**                         **JUDGE ROBERT R. SUMMERHAYS**

**PROGRESSIVE INSURANCE CO**       **MAGISTRATE JUDGE CAROL B. WHITEHURST**

## NOTICE AND ORDER REGARDING MOTION TO COMPEL DISCOVERY RESPONSES

Before the Court is Defendant's Motion to Compel Discovery. (Rec. Doc. 21).

Federal Rule of Civil Procedure 37(a)(1) provides:

On notice to other parties and all affected persons, a party may move for an order compelling disclosure or discovery.  The motion must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure of discovery in an effort to obtain it without court action.

IT IS ORDERED that Plaintiff and Defendant must confer as required by Federal Rules 37(a)(1).  To the extent that the parties have previously conferred in an attempt to resolve this matter, a further conference is warranted.

IT IS FURTHER ORDERED that movant file into the record in this matter a supplemental certification regarding the pending motion on or before April 15, 2024. The supplemental certification shall specifically set forth (1) how the conference

required by this Notice and Order was scheduled and agreed upon, (2) who participated in the conference, (3) when the conference took place, (4) whether the conference was conducted by phone or in person, (5) the duration of the conference, (6) the specific, itemized topics that were addressed at the conference, and (7) whether any issues were resolved by the parties, and, if so, the terms of the resolution.  If the conference required by this Notice and Order completely resolves the pending motion, the movant shall file a Motion to Withdraw such motion no later than April 19, 2024.

The movant is hereby NOTIFIED that the court will not consider the pending motion until the required supplemental certification is filed into the record. Notwithstanding the fact the parties have sought court intervention, the court remains confident that an additional conference will enable the parties to resolve many, if not all, of the issues raised in the motion.

Signed in Lafayette, Louisiana, on April 4, 2024.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE